JAMES LAWRENCE et al., Appellants, *v.* SILAS MERRIFIELD et al., Respondents.

(Argued February 20, 1878 ; decided March 19, 1878.)

*F. R. Coudert* for appellants.

*Wm. A. Beach* for respondents.

Agree to affirm. No opinion.

All concur, except FOLGER, J., not voting.

Judgment affirmed.